UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SAMUEL GITAU**
            **Petitioner**

V.

**BRUCE CHADBOURNE, ETAL**
            **Respondent**

CIVIL ACTION

NO.   05-10803-GAO

## O R D E R

O'TOOLE, D. J.

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General and the United States Attorney.

It is further ordered that the Respondent shall, within 60 days of receipt of this Order, file an answer or other responsive pleading.

5/18/05
Date

**GEORGE A. O'TOOLE, JR**
**United States District Judge**

(2241servINS.wpd - 09/00)                              [2241serv.]