UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL GITAU, )<br>)<br>   Petitioner, )<br>)<br>v. )<br>)<br>BRUCE CHADBOURNE, et al. )<br>)<br>   Respondents. ) | Civil Action No.<br>05-10803-GAO |

**NOTICE OF SCHEDULING OF REMOVAL**

The Petitioner's removal has been scheduled to take place on April 27, 2006.

                                      Respectfully submitted,
                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                                      /s/ Mark J. Grady
                                      Mark J. Grady, Assistant U.S. Attorney
                                      BBO#630672
                                      Mark.grady@usdoj.gov
                                      United States Attorney's Office
                                      John Joseph Moakley Courthouse
                                      One Courthouse Way
                                      Boston, MA 02210
                                      (617) 748-3100