UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SAMUEL GITAU, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. |
| v. | ) | 05-10803-GAO |
| | ) | |
| BRUCE CHADBOURNE, et al. | ) | |
| | ) | |
| Respondents. | ) | |

### **ASSENTED TO MOTION TO CONTINUE STATUS HEARING**

Now come the Respondents to request that the status hearing, presently scheduled for April 19, 2006, be continued to a date after April 27, 2006 (preferably May 3, 2006). The instant habeas petition was filed on behalf of the Petitioner, Samuel Gitau, seeking release from Immigration and Customs Enforcement custody pending the entry of a final order of removal. While the matter was pending, a final order of removal was entered in December 2005. A motion to dismiss the instant claim as moot is now pending.

Gitau's removal has been scheduled to take place on April 27, 2006. Should the petitioner's removal go forward on that date, the matter is likely to be resolved without the need for further court action.

The Petitioner's counsel has assented to the requested continuance and has asked that the matter be put over to May 3, 2006.

Wherefore, the Respondents request that the matter be continued.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/ Mark J. Grady
                              Mark J. Grady, Assistant U.S. Attorney
                              BBO#630672
                              Mark.grady@usdoj.gov
                              United States Attorney's Office
                              John Joseph Moakley Courthouse
                              One Courthouse Way
                              Boston, MA 02210
                              (617) 748-3100

                        Certificate of Compliance

Petitioner's counsel has assented to the requested continuance.

                              /s/ Mark J. Grady
                              Mark J. Grady, Assistant U.S. Attorney