UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Samuel Gitau, | ) | |
| Petitioner | ) | |
| v. | ) | Civil Action No. |
| | ) | 05 CV 10803-GAO |
| Bruce CHADBOURNE, *et. al*. | ) | |
| Respondents | ) | |

## AGREED UPON MOTION TO DISMISS WITHOUT FURTHER HEARING

The parties hereto agree and assent to the dismissal of this action without further hearing.

The undersigned counsel *hereby certifies* that on this date he spoke with Special Assistant United States Attorney Frank Crowley, counsel for the respondents. The respondents, through said counsel, reported that the petitioner was removed from the United States on April 27, 2006. As a result, *said counsels have agreed to the dismissal of this matter*.

*Wherefore*, no further action is required by this court.

Dated: May 1, 2006                                      Respectfully submitted,

/s/ Chester J. Winkowski
Chester J. Winkowski, Esq.
Attorney at Law
191 Merrimack Street - Suite 502
Haverhill, MA  01830
978 374 1680
BBO# 530685

## Certificate of Service

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 1, 2006.

                /s/  Chester J. Winkowski
                Chester J. Winkowski, Esq.
                Attorney at Law
                191 Merrimack Street - Suite 502
                Haverhill, MA  01830
                978 374 1680
                BBO# 530685